# EXHIBIT A

**[Print in *black* ink beside instructions in bold letters. This summons must be served with a complaint.]**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------x

_Aaron A McBride_,
**[fill in name(s)]**                    Plaintiff(s),

- against -

_Citi Bank, N.A_,
**[fill in name(s)]**                    Defendant(s).

-----------------------------------------------------x

**SUMMONS**

**Index Number**

_101394/25_

**Date Index Number Purchased**

_____, 20____

To the Person(s) Named as Defendant(s) above:

　　　　PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

　　　　YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated:_____11/28____, 20_25_

_Aaron McBride_
**[sign your name]**
_Aaron McBride (ALL RIGHT RESERVED)_
**[print your name]**
_560 W. 148 ST NY_
_NY. [10031] Suite 3D_
_(917) 238-6081_
**[your address and telephone number]**

_Citibank N.A_
_c/o CT corporation system_
_28 Liberty ST, FL 42  NY, NY 1005_
**[name and address of defendant(s)]**

_(212) 559-1000 - Headquarters_
_(800) 285-3000_
_NY, NY 1005_
**[name and address of defendant(s)]**

Venue: Plaintiff(s) designate(s) New York County as the place of trial. The basis of this designation is:

☑ P'laintiff(s) residence in New York County

☐ Defendant(s) residence in New York County

☐ Other **[See CPLR Article 5]**:_____

Commence Action – Rev. Aug 2025

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x

AARON A MCBRIDE,
**[Your name(s)]**                      Plaintiff(s),

- against -

CITIBANK N. A.,
**[name(s) of party being sued]**        Defendant(s).
------------------------------------------------------------------x

**Index Number**

101394/25

COMPLAINT

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff **[your name]**, ___AARON MCBRIDE___

Respectfully shows and alleges as follows: **[number each paragraph]**

1. Attach 15
   1) Demand letter - 4 pages
      Which Includes - Introduction
      2) Summary of claims
      3) Evidence 2 Witness
      4) Demand
      5) Notice of Intent

2) Document(2) Exhibit 2 Affidavit package

   1) Exhibit List

3) Affidavit of plaintiff

4) Proof I Reach out Via Email
   to Resolve And Via cerified mail.

Commence Action – Rev. Aug 2025

Dated: ___11/28___, 20 _25_

___Aaron McBride___
[sign your name]

___Aaron McBride___
[print your name]

___560 Wo 148 St___
___NY, NY [10031] Suite 3D___
[your address and telephone number]

## VERIFICATION

STATE OF NEW YORK

COUNTY OF __New York__   ss:

___Aaron McBride___ [your name], being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

___Aaron A McBride___
[sign your name in front of a notary]

___Aaron A McBride___
[print your name]

Sworn to before me this

__28__ day of __November__, 20 _25_

_____
Notary Public

JOSHUA L. TORRES
Notary Public, State of New York
Reg. No. 04TO0015294
Qualified in New York County
Commission Expires Oct. 30, 2027

Commence Action – Rev. Aug 2025

101394/2025 SUMMONS & VERIFIED COMPLAINT & NOTICE OF AUTOMATIC WITH EXHIBITS

## DEMAND LETTER — CITIBANK, N.A.

**From:**

Aaron McBride

560 West 148th Street, Apt 3D

New York, NY 10031

Phone: 917-238-6081

Email: blackrollingstones@gmail.com

**To:**

Citibank, N.A.

Attn: Legal / Compliance Department

399 Park Avenue

New York, NY 10022

**Date:** November 26, 2025

**Re:** Formal Demand for Compensation – Unauthorized Transactions, Fraud, Breach of Contract, and EFTA Violations

## 1. INTRODUCTION

Dear Citibank Legal/Compliance Team,

I, Aaron McBride, am formally submitting this **demand for relief** due to your repeated failures to investigate, remediate, and properly credit my accounts in connection with multiple fraudulent transactions, unauthorized debits, and mishandled merchant disputes. This letter serves as notice of the total claim of **$124,289.47**, calculated based on actual financial losses, business interruption, emotional distress, and punitive damages arising from your conduct.

Despite numerous notifications, documentation, and evidence submitted to Citibank, your institution has **failed to uphold its statutory and contractual duties** under:

- **Electronic Funds Transfer Act (EFTA / Regulation E, 15 U.S.C. § 1693)**
- **New York General Business Law § 349 (consumer fraud protections)**
- **Standard banking agreements and contractual obligations**

This failure has directly resulted in financial, reputational, and emotional damages to me personally and to my business, Black Rolling Stones, Inc.

## 2. SUMMARY OF CLAIMS

### A. Cryptocurrency / Hyperfund / Hyperlink / Hyperverse Pipeline

- Total lost: **$10,100.19**
- Platform promoted returns and investments through CashApp transfers from Citibank accounts.
- Intermediaries Howard Bullock ($6,373) and Kaba Brunson ($1,050) assisted in converting funds to cryptocurrency; all were victims.
- Citibank failed to detect suspicious activity, allowing fraudulent transfers to proceed.
- Sam Lee, CEO of Hyperfund/Hyperlink, orchestrated the fraud; Citibank negligence compounded losses.

### B. Merchant & Service Disputes (GoDaddy, PayPal, OfferUp, Music Matrix)

- GoDaddy / PayPal: $724.14 — Paid for services not performed; evidence provided; claims ignored.
- OfferUp: $56.56 — Unauthorized recurring charges, disputed but never credited.
- Music Matrix / Bonnie: $337.50 — Misrepresentation and breach of contract; Citibank denied proper dispute resolution.

### C. Zelle / Unauthorized Debits

- NUSRATBASHI / Black Rolling Stones account: $250 — May 13, 2025; Citibank claimed "authorized" despite supporting evidence.
- Recurring debits (Jan–Aug 2025): $398.08 — Improperly validated; disputes ignored.

### D. Business Interruption, Emotional Distress, Punitive Damages

- Lost revenue due to disrupted accounts, failed investments, and interrupted business operations: **$15,000**
- Emotional distress, reputational harm, and wasted time on claims: **$25,000**
- Punitive / exemplary damages: **$50,000**
- Statutory penalties (EFTA violations): **$5,000**
- Attorney fees and court costs (estimate): **$10,000**

**Total Demand: $124,289.47**

---

## 3. EVIDENCE & WITNESSES

**Primary Evidence:**

- CashApp transaction records to Howard Bullock and Kaba Brunson
- Hyperfund / Hyperlink / Hyperverse platform receipts (h5.thehyperverse.net)
- Merchant invoices, contracts, and PayPal statements
- Dispute submission confirmations and certified mail evidence

**Witnesses / Supporting Parties:**

- Tess Marsalis – Introduced the platform; verifies pipeline
- Howard Bullock – CashApp intermediary; victim
- Kaba Brunson – CashApp intermediary; victim
- Sam Lee – CEO of Hyperfund/Hyperlink; orchestrator of fraud
- Bonnie / Music Matrix – Merchant misrepresentation

## 4. DEMAND

I hereby **demand that Citibank immediately:**

1. **Reimburse all unauthorized and improperly withheld funds** totaling **$10,100.19** plus $7,423 CashApp intermediaries.
2. **Credit all disputed merchant transactions** and reimburse fees totaling $1,418.20 (GoDaddy, PayPal, OfferUp, Music Matrix).
3. **Reverse all improper debits from Black Rolling Stones account** ($648.08 total).
4. Compensate for **lost revenue, business interruption, and emotional distress ($40,000).**
5. Pay **punitive damages** ($50,000) and statutory penalties under EFTA ($5,000).
6. Cover reasonable **attorneys' fees and costs** ($10,000).
7. Conduct a **full internal investigation** of account activity to ensure no further unauthorized transfers or mishandled disputes.
8. Provide written confirmation within **15 business days** that all remedies have been implemented.

Failure to comply will leave me with **no alternative but to pursue civil litigation,** seeking full compensatory, punitive, statutory, and attorney-awarded damages in court.

## 5. NOTICE OF INTENT

This demand is made without prejudice to any other rights or remedies available under federal or state

law. If legal action becomes necessary, Citibank may be held liable for **all court costs, pre- and post-judgment interest, and attorney fees**, in addition to the amounts listed above.

Sincerely,

Aaron McBride

Plaintiff / Owner, Black Rolling Stones, Inc.

**EXHIBIT & AFFIDAVIT PACKAGE**

## Aaron McBride vs. Citibank, N.A.

**Supreme Court of the State of New York**
**County of New York**
Index No.: _____

**Plaintiff:** Aaron McBride
**Defendant:** Citibank, N.A.

―――――

## EXHIBIT LIST

Exhibit 1: CashApp transactions to Howard Bullock (pipeline to Hyperfund / Hyperlink / Hyperverse), Jan–Aug 2022, Total: $6,373, intermediary/witness.

Exhibit 2: CashApp transaction to Kaba Brunson, Mar 31, 2022, $1,050, intermediary/witness.

Exhibit 3: Hyperfund / Hyperlink / Hyperverse receipts & platform screenshots, 2022, shows conversion of funds to cryptocurrency.

Exhibit 4: Sam Lee (CEO) contact info, business cards, media proof, 2022–2023, key orchestrator of crypto scheme.

Exhibit 5: Tess Marsalis introduction emails & correspondence, 2022, pipeline witness; singer/vendor introduction.

Exhibit 6: GoDaddy disputed charges ($78.26; $203.88; $143.00), Feb 17, 2023; Oct 9, 2023; Nov 8, 2024, proof of denial despite documentation.

Exhibit 7: PayPal disputed charge ($300), Nov 11, 2023, 30-day promotion campaign not fulfilled.

Exhibit 8: OfferUp disputed charges ($28.28 × 2 = $56.56), June 28, 2023, unauthorized renewal subscription.

Exhibit 9: Music Matrix / Bonnie disputed charge ($337.50), Mar 26, 2025, breach of contract; misrepresentation.

Exhibit 10: Zelle unauthorized debit ($250) — NUSRATBASHI / nnbbusinessllc, May 13, 2025, checking account ending 331; certified dispute submitted Oct 17, 2025.

101394/2025 SUMMONS & VERIFIED COMPLAINT & NOTICE OF AUTOMATIC WITH EXHIBITS

Exhibit 11: Black Rolling Stones recurring debit disputes, Jan–Aug 2025, total $398.08, recurring Zelle / Citibank account errors.

Exhibit 12: Certified mail & correspondence with Citibank regarding all disputes, 2022–2025, proof of notification and formal dispute submission.

Exhibit 13: Chronological timeline of all disputed transactions, 2022–2025, demonstrates pattern of negligence and fraud.

Exhibit 14: Pay statements / proof of lost revenue & business interruption, 2022–2025, supports damages claim.

Exhibit 15: Evidence of emotional distress & reputational harm, 2022–2025, witness statements, emails, documentation of lost opportunities.

Exhibit 16: Regulatory & statutory references, N/A, EFTA, Regulation E, NY GBL § 349.

———

## AFFIDAVIT OF PLAINTIFF

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

I, **Aaron McBride**, being duly sworn, depose and say:

1. I am the Plaintiff in the above-captioned matter.
2. I have personal knowledge of the facts contained herein, except as to matters stated on information and belief, and if called as a witness, I could and would testify competently thereto.
3. All transactions, evidence, and witnesses listed in the attached Exhibit List are accurate and authentic to the best of my knowledge.
4. I have suffered financial losses totaling **$124,289.47** as a direct and proximate result of Citibank's negligence, breach of contract, failure to investigate fraud, and violation of statutory rights.
5. The attached Exhibits provide a detailed account of the transactions, disputes, and communications with Citibank, as well as supporting documentation for business, emotional, and punitive damages.
6. I respectfully request that the Court consider these Exhibits and this Affidavit as part of the Verified Civil Complaint in support of my claims.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Aaron McBride_ (ALL RIGHTS RESERVED)

Aaron McBride, Plaintiff

Sworn to before me this ___ day of ___ 2 7 ___, 2025

_____

Notary Public

State of New York
County of New York

JOSHUA L. TORRES
Notary Public, State of New York
Reg. No. 04TO0015294
Qualified in New York County
Commission Expires Oct. 30, 2027

Sworn to before me this
28 day of _November_ 2025

**[Litigation back: Fill out right side of form only]**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE OF ENTRY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sir/Madam:

Please take notice that the within is a (certified) true copy of a

_____ duly entered in the office of the clerk of

the within named court on the ___ day of _____, 20___

Dated:                                 Yours, etc.

Attorney for: _____

_____ Office and Post

_____ Office Address

To:

Attorney(s) for _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*NOTICE OF SETTLEMENT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sir/Madam:

Please take notice that an _____
of which the within is a true copy will be presented for settlement
to the Hon. _____, one of the Justices
of the within court, at _____, on
_____, 20___ at _____ AM/PM.

Dated: _____, 20___       Yours, etc.

Presenting Party _____

_____

_____

To:

Attorney(s) for _____

_____

Commence Action – Rev. Jan 2025

---

INDEX NUMBER ___101394/25___

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of
___AARON A MCBRIDE___,

Plaintiff/Petitioner(s),

- against -

___CITIBANK N.A.___,

Defendant/Respondent(s),

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers and the contentions therein are not frivolous as defined in subsection (c) of section 130 1.1 of the Rules of the Chief Administrator (22NYCRR).

Sign Name: ___Aaron A McBride___

Print Name: ___AARON A McBRIDE___

Address: ___560 W. 148 St___
___NY, NY [10031] suite 3D___

Telephone: ___917-238-6081___

Email: ___MegaStarBrandMagazine@gmail.com___

Service of a copy of the within is hereby admitted

Dated: _____, 20___

Attorney for _____