UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON A. MCBRIDE., Plaintiff, v. CITIBANK, N.A., Defendant. | Case No: 26-CV-03558 (GHW) (GS) |

**CERTIFICATE OF SERVICE**

ANTHONY ROSARIO, hereby certifies pursuant to 28 U.S.C. 1746 and under penalty of perjury that on the 18th day of August, 2026 I served a true copy of the within **ORDER SIGNED AUGUST 17, 2026** on the party listed below in the manner indicated below:

***By First Class Mail***

Aaron McBride
Plaintiff Pro Se
560 West 148th Street, Suite 3D
New York, NY 10031

Dated: August 18, 2026

ANTHONY ROSARIO

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

AARON MCBRIDE,

Plaintiff,

-against-

CITIBANK, N.A.,

Defendant.

------------------------------------------------------------------------X

**26 Civ. 3558 (GHW) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On July 2, 2026, Defendant moved to compel arbitration and stay proceedings in this matter. (Dkt. Nos. 9–12). Pursuant to Judge Woods's Individual Rules of Practice in Civil Pro Se Cases Rule 5.A, Plaintiff's opposition to that motion was due four weeks after service. The Court has received no such filing. Nonetheless, due to Plaintiff's pro se status, the Court sua sponte extends Plaintiff's deadline to respond to Defendant's motion to Friday, September 11, 2026. Plaintiff is hereby warned that a failure to respond may result in Defendant's motion being treated as unopposed. Defendant is hereby ordered to serve Plaintiff with a copy of this order and file proof of service by no later than August 21, 2026.

**SO ORDERED.**

DATED: New York, New York
August 17, 2026

The Honorable Gary Stein
United States Magistrate Judge